# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2020

*VIA ECF*
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Donald Doehrer*, 20 CR 424 (PAE)

Dear Judge Engelmayer:

With the consent of the government, I write to seek an adjournment of the next pretrial conference currently scheduled for December 3, 2020. The parties ask for an adjourned date in mid-January 2021.

Beginning after Thanksgiving and until the New Year, I will be taking a short parental leave (both of my school-aged children currently have no in-person learning and I am responsible for supervising their remote education). The parties already are engaged in plea discussions and I expect those discussions to pick up as soon as I return to work.

To accommodate this request, Mr. Doehrer has no objection to the exclusion of time for speedy trial purposes. Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Samuel Rothschild (via ECF)

-----------------------------------------------------------
**GRANTED.** The conference is adjourned to January 13, 2020 at 11:00 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until January 13, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 15.

11/16/2020

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge