# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2021

*VIA ECF*
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Donald Doehrer,*
     20 CR 424 (PAE)

Dear Judge Engelmayer:

With the consent of the government, I write to seek an adjournment of about 45 days of the next pretrial conference currently scheduled in the above-referenced matter for July 12, 2021. The parties are actively engaged in plea discussions, which includes my preparation of a mitigation submission for the prosecutor's review. I need additional time to effectively prepare that submission. In light of this request, Mr. Doehrer has no objection to the exclusion of time for Speedy Trial purposes until the adjourned date.

Respectfully submitted,

/s/Julia Gatto
~~Julia L. Gatto~~
Assistant Federal Defender
(212) 417-8750

cc: AUSA Samule Rothschild (via ECF)

---

**GRANTED.** The conference is adjourned to August 26, 2021 at 11:30 a.m. For the reasons stated, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until August 26, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 27. SO ORDERED.

7/6/2021

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge