**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2021

*VIA ECF*

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Donald Doehrer,* 20 CR 424 (PAE)

Dear Judge Engelmayer:

With the consent of Pretrial Services, I write to seek a modification to Mr. Doehrer's bail conditions. Mr. Doehrer currently is subject to home detention. With the support of Pretrial Services, I ask that that restriction be reduced to a curfew set at the discretion of Pretrial Services.

Mr. Doehrer has been in the community subject to bail conditions since his arrest in August of 2020. He has been fully compliant with those conditions. The reduction in monitoring will permit Mr. Doehrer to seek and find employment, which he currently has been doing (unsuccessfully) through web searches and will permit him freer access to attend in-person therapeutic programs. Pretrial Services consents to the request. The government defers to Pretrial Services.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Samule Rothschild
USPO John Moscato

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 29.

7/9/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge