**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2021

*VIA ECF*
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Donald Doehrer*, 20 CR 424 (PAE)

Dear Judge Engelmayer:

With the consent of the government, I write to seek an adjournment of the next pretrial conference currently scheduled for November 8, 2021. The parties have completed their plea discussions and a plea offer has been extended to Mr. Doehrer, which I anticipate he will accept. Unfortunately, I currently am quarantined because some members of my household have tested positive for COVID. Before Mr. Doehrer can plead guilty, I need to review the plea agreement with him in detail, which I cannot effectively do over the next two weeks. To accommodate my personal circumstances and the upcoming Thanksgiving holiday, we ask that the next conference be adjourned to the first week in December at which time I expect Mr. Doehrer will enter of plea of guilty.

To accommodate this request, Mr. Doehrer has no objection to the exclusion of time for speedy trial purposes. Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Samuel Rothschild (via ECF)

**GRANTED.** The Court adjourns the next conference in this case until December 1, 2021, at 2:30 p.m., and excludes time until that date pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Court wishes Ms. Gatto's family a speedy and full recovery. The Clerk of Court is requested to terminate the motion at Dkt. No. 34.

SO ORDERED.

11/2/2021

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge