**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2022

*VIA ECF*
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Donald Doehrer, 20 CR 424 (PAE)*

Dear Judge Engelmayer:

  With the consent of the government and Pretrial Services, I write to seek an extension of the date by which Mr. Doehrer must surrender to begin to serve his prison sentence. Without a Court order, Mr. Doehrer is required to surrender this Thursday, July 7. However, the B.O.P. has not yet designated a facility for Mr. Doehrer. As such, Mr. Doehrer will have to surrender to the Marshals and likely will be held at the M.D.C. or Essex County Jail and then transported later. Especially during COVID, detention at a pretrial facility and transport are arduous and unnecessarily punitive. Accordingly, we ask that Mr. Doehrer's surrender date be extended by 30 days to August 8, 2022 so that he can surrender directly to his designated facility.

  Thank you for your consideration of this matter.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Samuel Rothschild (via ECF)
   USPO John Moscato (via email)

**GRANTED.** The Court adjourns the defendant's surrender date until August 5, 2022. The Clerk of Court is requested to terminate the motion at Dkt. No. 49.

7/6/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge