```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    20 Cr. 424-1 (PAE)
     -against-                       :    ORDER
                                     :
Donald Doehrer                       :
                                     :
          Defendant                  :
                                     :
------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to allow Pretrial Services to remove the defendant's GPS monitor on August 3, 2022, in advance of his planned surrender to his designated BOP facility on August 5, 2022.

    Dated: New York, New York
          July 26, 2022

                                SO ORDERED:

                                *Paul A. Engelmayer*
                                PAUL A. ENGELMAYER
                                United States District Judge