U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

April 11, 2024

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Donald Doehrer*, 20 Cr. 424 (PAE)

Dear Judge Engelmayer,

    The parties respectfully write to request a 60-day adjournment of the conference currently scheduled to be held in the above-referenced matter on April 18, 2024, at 10:30 a.m. The parties are engaged in ongoing discussions regarding a potential resolution of the defendant's parallel criminal case, 24 Mag. 133, and the Government is in the process of producing pre-indictment discovery, at defense counsel's request, in connection with those discussions. The parties plan to continue our discussions, but do not anticipate a resolution within 60 days of the April 18, 2024 conference. Accordingly, the parties jointly request that the conference scheduled for April 18, 2024, be adjourned for 60 days, or a date thereafter that is convenient for the Court.[1]

    The parties will promptly notify the Court if the defendant's parallel criminal case is resolved before the next conference, or, in the alternative, if an indictment is returned.

Respectfully submitted,

**GRANTED** The conference is adjourned until July 9, 2024 at 12:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 57.

SO ORDERED.

4/12/2024

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc: Zawadi Baharanyi, Esq. (by ECF)

---

[1] On April 3, 2024, the U.S. Probation Department filed an amended violation report containing additional information obtained from the complaint filed in 24 Mag. 133 and minor changes to the listed specifications. The parties expect the defendant to be arraigned on the amended violation report at the next conference.