# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 27, 2024

*Via CM/ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *United States v. Donald Doehrer*
>       20 Cr. 424 (PAE)

Dear Judge Engelmayer,

    I write on behalf of the parties in the above-captioned case to request a 45-day adjournment of the VOSR status conference, currently scheduled for December 10, 2024, at 2:15 p.m. The Government, by AUSA Adam Margulies, does not object to this application.

    Earlier today, the defense received a mitigation report from its retained psychological expert, Dr. Alexander Bardey. I plan on sharing the report this week with AUSA Adam Margulies to obtain his preliminary assessment of Mr. Doehrer's mitigation and hopefully set baseline expectations for a pre-trial disposition that encompasses the pending VOSR specifications and the new criminal charges under case number 24 Mag. 133 (UA). Accordingly, I respectfully submit that an adjournment of the status conference by 45 days is appropriate to further facilitate plea negotiations.

    I thank the Court for its consideration of this application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

---

**GRANTED**. The next conference in this case is adjourned until January 23, 2025, at noon. The Clerk of Court is requested to terminate the motion at Dkt. No. 64.

SO ORDERED.                                        12/6/2024

PAUL A. ENGELMAYER
United States District Judge