# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 31, 2025

Via CM/ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Donald Doehrer*
20 Cr. 424 (PAE)/25 Cr. 202 (PAE)

Dear Judge Engelmayer,

I write to respectfully request an adjournment of the sentencing proceedings in the above-captioned cases, specifically from August 14, 2025, at 10:00 a.m., to September 11, 2025, at 10:00 a.m. The Government consents to this application. The defense requires a short adjournment of sentencing to adequately review the final pre-sentence report with Mr. Doehrer, and to also finish reviewing and incorporating into my sentencing submission recently produced discovery bearing on the relevant conduct referenced in the final PSR.

I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

---

**GRANTED.** Sentencing is adjourned to September 11, 2025 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motions at Dkt. No. 69 in case 20-CR-424 (PAE) and Dkt. No. 47 in case 25-CR-202 (PAE).

8/1/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge