# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 16, 2025

*Via CM/ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Donald Doehrer*
            20 Cr. 424 (PAE)/25 Cr. 202 (PAE)

Dear Judge Engelmayer,

    I write regarding the parties' filing deadlines for their respective sentencing submissions in the above-captioned case. I am presently on trial before the Honorable Colleen McMahon in *U.S. v. Odean Thompson*, 25 Cr. 124 (CM). The parties rested today and closing arguments are tomorrow. I expect the jury to begin deliberating by no later than tomorrow at 2:00p.m.

    My commitments in connection with the *Odean* matter have made it difficult for me to adequately confer with Mr. Doehrer at MDC Brooklyn in advance of filing my sentencing submission and related enclosures. I therefore respectfully request that the Court extend the defense's sentencing submission deadline to Thursday, September 18, 2025, and the Government's sentencing submission to Wednesday, September 24, 2025, without any change to the September 30, 2025, sentencing date. I have spoken with AUSA Adam Margulies, and he consents to this application.

    I thank the Court in advance for its understanding and consideration of this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

**GRANTED.** The Clerk of Court is requested to terminate the motions at Dkt. No. 73 in case 20-CR-424 (PAE) and Dkt. No. 51 in case 25-CR-202 (PAE).

SO ORDERED.    9/17/2025

PAUL A. ENGELMAYER
United States District Judge